Name and address:
Peter J. Brennan
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
pbrennan@jenner.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN VEHICULAR SCIENCES LLC, a Texas Limited Liability Company<br><br>Plaintiff(s)<br>v.<br>NISSAN MOTOR CO., LTD, a Japanese corporation; NISSAN NORTH AMERICA, INC., a California corporation; AUTOLIV, INC., a Delaware corporation, et al<br>Defendant(s). | CASE NUMBER<br><br>8:15-cv-01390 CJC (JCGx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III;* **note that electronic signatures are not accepted.** *Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

**SECTION I - INFORMATION**

Brennan, Peter J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Jenner & Block LLP
*Firm Name*

353 N. Clark Street
*Street Address*

Chicago, IL 60654-3456
*City, State, Zip Code*

312-923-2614
*Telephone Number*

312-527-0484
*Fax Number*

pbrennan@jenner.com
*E-Mail Address*

**I have been retained to represent the following parties:**

| Nissan North America, Inc. | ☐ Plaintiff | ☒ Defendant | ☐ Other: |
| Nissan Motor Co., Ltd. | ☐ Plaintiff | ☒ Defendant | ☐ Other: |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Illinois | 11/7/1985 | Yes |
| Supreme Court of New York | 12/7/1987 | Yes |
| (Continued - SECTION IV) | | |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:13-cv-01481-CHK-DFM | Diamond Coating v Nissan north America et al. | 12/23/13 | Granted |
| 2:15-cv-01848-AB-MAN | Rafofsky et al v Nissan North America, Inc. | 5/21/15 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

My initial pro hac vice application in this case was stricken by the Court on January 20, 2016 because it did not include all the state bars to which I am admitted, and lacked a certificate of good standing. This application supplies that information.

Have you previously registered as a CM/ECF user in the Central District of California ?   ☒ Yes   ☐ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No:

pbrennan@jenner.com
*Previous E-Mail Used (if applicable)*

You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   1/26/16              Peter J. Brennan
                              *Applicant's Name (please type or print)*

                              /s/ Peter J. Brennan
                              *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Lee, Kenneth K.

*Designee's Name (Last Name, First Name & Middle Initial)*

Jenner & Block LLP

*Firm Name*

633 West 5th Street

Suite 3600

*Street Address*

Los Angeles, CA 90071-2054

*City, State, Zip Code*

213-239-5100
*Telephone Number*

213-239-5199
*Fax Number*

klee@jenner.com
*E-Mail Address*

264296
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated 1/26/16     Kenneth K. Lee
                  *Designee's Name (please type or print)*

                  *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

(CONTINUED FROM SECTION I - INFORMATION)

| Name of Court | Date of Admission | Active Member in Good Standing |
|---|---|---|
| U.S. District Court, Northern Dist. of IL | 3/18/86 | Yes |
| U.S. District Court, Southern Dist. of NY | 9/18/90 | Yes |
| U.S. District Court, Eastern Dist. of NY | 9/18/90 | Yes |
| U.S. District Court, Eastern Dist. of MI | 2/12/08 | Yes |
| U.S. Court of Appeals for the 2nd Circuit | 2/9/12 | Yes |
| U.S. Court of Appeals for the 6th Circuit | 5/13/92 | Yes |
| U.S. Court of Appeals for the 7th Circuit | 2/5/86 | Yes |
| U.S. Court of Appeals for the 8th Circuit | 4/12/13 | Yes |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Peter Justin Brennan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1985 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, January 21, 2016.

*Carolyn Taft Grosboll*
Clerk

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# PETER JUSTIN BRENNAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 7, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**January 22, 2016**

_Clerk of the Court_

5967